IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VANESSA ROMERO,**

    **Plaintiff,**

v.                                      Case No.   1:22-cv-00351-SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social Security Administration,**

    **Defendant.**

**STIPULATED ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION TO REVERSE OR REMAND**

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Plaintiff's Motion to Reverse or Remand (Doc. 19). The Court, having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until November 17, 2022, to file her Motion to Reverse or Remand, Defendant shall have until January 20, 2023, to file a Response, and Plaintiff shall have until February 23, 2023, to file a Reply.

                                              _____
                                              STEPHAN M. VIDMAR
                                              UNITED STATES MAGISTRATE JUDGE

RESPECTFULLY SUBMITTED BY:


<u>/s/Benjamin Decker</u>
P.O. Box 92740
Albuquerque, NM 87199
P (505) 369-6272
F (505) 859-7713
ben@deckerlawoffice.com
*Attorneys for Plaintiff Vanessa Romero*



APPROVED BY:


<u>/s/Marc Thayne Warner[1]</u>
Marc Thayne Warner
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Region VIII
1961 Stout Street, Suite 4169
Denver, CO 80294
United States
P (303) 844-7237
thayne.warner@ssa.gov
*Attorneys for Defendant*

---

[1] Mr. Warner's signature was affixed electronically with permission from Narissa Webber, Assistant Regional Counsel, acting "Of Counsel."