IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VANESSA ROMERO,**

       **Plaintiff,**

       vs.                                  CIV NO. 1:22-cv-00351-JB-KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

       **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Second Unopposed Motion for an Extension of Time (Doc. 31) to file a response to Plaintiff's Motion to Reverse and Remand Administrative Agency Decision, with Memorandum of Law in Support (Doc. 23), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until April 24, 2023, to file a response, and Plaintiff shall have until May 8, 2023, to file a reply.

                                                            _____
                                                            HONORABLE KEVIN R. SWEAZEA
                                                            United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved*
BENJAMIN DECKER
Attorney for Plaintiff